1  Marc V. Kalagian
2  Attorney at Law: 4460
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel: (562)437-7006
4  Fax: (562)432-2935
5  E-Mail: rohlfing.kalagian@rksslaw.com
   Attorneys for Plaintiff
6  DAYNA M. BROOKS

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAYNA M. BROOKS | Case No.: 2:17-cv-00631-VCF |
| Plaintiff, | UNOPPOSED MOTION TO EXTEND BRIEFING SCHEDULE |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security. | |
| Defendant. | |

Plaintiff Dayna M. Brooks and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to this court's approval, to extend the time for Plaintiff to file a Plaintiff's Motion for Reversal and/or Remand to October 19, 2017; and that Defendant shall have 30 days or until November 20, 2017, to file her opposition, if any forthcoming.  Any reply by plaintiff will be due December 11, 2017.

| | |
|---|---|
| 1 | This is Plaintiff's second request for an extension. This request is made at the request of Plaintiff's counsel to allow for the assigned attorney to attend to family issues that arose during the last several weeks. |

DATE: October 4, 2017    Respectfully submitted,

ROHLFING & KALAGIAN, LLP

/s/ *Marc V. Kalagian*

BY: _____
Marc V. Kalagian
Attorney for plaintiff Ms. Dayna M. Brooks

DATE: October 4, 2017    Steven W. Myhre
United States Attorney

/s/ *Ben A. Porter*

BY: _____
Ben A. Porter
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
|*authorized by e-mail|

DATED: 10-5-2017

IT IS SO ORDERED: _____

UNITED STATES MAGISTRATE JUDGE

-2-

**CERTIFICATE OF SERVICE
FOR CASE NUMBER 2:17-CV-00631-VCF**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on October 5, 2017.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Marc V. Kalagian*
_____

Marc V. Kalagian
Attorneys for Plaintiff