# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DAYNA M. BROOKS,<br><br>       Plaintiff,<br><br>vs.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>       Defendant. | 2:17-cv-00631-VCF<br><br>**ORDER** |

Before the Court is the Corrected Counsel's Notice of Motion and Motion for Attorney's Fees Pursuant to 28 U.S.C § 406(b) (ECF NO. 29). No opposition has been filed. Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion

The court has reviewed the motion and its attachments. Accordingly, and good cause appearing,

IT IS HEREBY ORDERED that the Corrected Counsel's Notice of Motion and Motion for Attorney's Fees Pursuant to 28 U.S.C § 406(b) (ECF NO. 29) is GRANTED.

IT IS FURTHER ORDERED that on or before February 1, 2021, the Commissioner must pay to Marc V. Kalagian and the Law Offices of Lawrence D. Rohlfing Twenty Thousand One Hundred Dollars ($20,100.00).

IT IS FURTHER ORDERED that on or before March 1, 2021, Marc V. Kalagian and the Law Offices of Lawrence D. Rohlfing must reimburse Plaintiff Dayna M. Brooks Four Thousand One Hundred Dollars $4,100.00 for EAJA fees previously paid by the Commissioner.

DATED this 21st day of December, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE