AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

DAYNA M. BROOKS,

            Plaintiff,

v.

ANDREW SAUL, Commissioner of Social Security,

            Defendant.

JUDGMENT ON ATTORNEYS FEES IN A CIVIL CASE

Case Number: 2:17-cv-00631-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of Plaintiff against Defendant. IT IS FURTHER ORDERED that on or before February 1, 2021, the Commissioner must pay to Marc V. Kalagian and the Law Offices of Lawrence D. Rohlfing Twenty Thousand One Hundred Dollars ($20,100.00). IT IS FURTHER ORDERED that on or before March 1, 2021, Marc V. Kalagian and the Law Offices of Lawrence D. Rohlfing must reimburse Plaintiff Dayna M. Brooks Four Thousand One Hundred Dollars $4,100.00 for EAJA fees previously paid by the Commissioner.

12/23/2020
Date

DEBRA K. KEMPI
Clerk

/s/ J. Callo
Deputy Clerk